IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

H T SMITH, :
:
      **Plaintiff,** :
:
      v. : Case No. 5:17-cv-00437-MTT-MSH
:
WARDEN CEDRIC TAYLOR, *et al.*, :
:
      **Defendants.** :

# ORDER

    Plaintiff H. T. Smith, currently confined in Johnson State Prison, filed a *pro se* civil rights action under 42 U.S.C. § 1983. Compl., ECF No. 1. On March 02, 2018, Magistrate Judge M. Stephen Hyles ordered Plaintiff to (1) submit a properly completed motion to proceed *in forma pauperis* or pay the filing fee and (2) file a recast complaint if Plaintiff wished to proceed in this action. Order to Amend Compl. 3, ECF No. 5. The Magistrate Judge afforded Plaintiff twenty-one (21) days to respond to the Order and cautioned Plaintiff that failure to fully comply with the Court's directives would result in dismissal of Plaintiff's Complaint. *Id*. Plaintiff filed a recast complaint (ECF No. 6) and a motion for leave to proceed *in forma pauperis* (ECF No. 7), but neither filing complied with the Magistrate Judge's directions. Among other deficiencies, Plaintiff failed to submit a certified copy of his inmate trust account and raised new unrelated claims in his Amended Complaint.

    Because Plaintiff is proceeding *pro se* in this action, the Magistrate Judge afforded

Plaintiff an additional opportunity to amend his Complaint and submit a certified copy of his inmate trust fund account statement. Order 1-2, ECF No. 8. The Magistrate Judge again directed Plaintiff to file his response within twenty-one days and cautioned Plaintiff that if he failed to follow the directives of this Court, his Complaint would be dismissed. *Id*. at 1-2.

As of today's date, the twenty-one (21) day deadline has passed without response from Plaintiff, and it has been over three months since the Magistrate Judge first directed Plaintiff file an amended complaint and either pay the filing fee or seek leave to proceed without prepayment. Plaintiff has repeatedly failed to respond to orders of this Court, and he has not diligently pursued this case.[1] For these reasons, and because Georgia's two-year statute of limitations will not prevent the filing of Plaintiff's Complaint in the near future, the instant action is hereby **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R.

---

[1] Between October and December 2017, Plaintiff filed six separate civil rights complaints brought under 42 U.S.C. § 1983. *See Smith v. Taylor*, 5:17-cv-409-MTT-MSH (M.D. Ga.); *Smith v. Deal*, 5:17-cv-00425-MTT-CHW (M.D. Ga.); *Smith v. Taylor,* 5:17-cv-466-MTT-MSH (M.D. Ga.); *Smith v. Farley*, 5:17-cv-00438-MTT-MSH (M.D. Ga.); *Smith v. Smith*, 5:17-cv-00511-TES-CHW (M.D. Ga). Because Plaintiff's allegations in each complaint were vague and appeared to be similar, in case 5:17-cv-00425-MTT-CHW Magistrate Judge Charles H. Weigle directed Plaintiff to clarify if he intended to raise five separate claims or was seeking to litigate related claims which could be brought in a single action. *See Smith v. Deal*, Order to Recast, Dec. 12, 2017, ECF No. 10, 5:17-cv-00425-MTT-CHW. Plaintiff responded that he wished to litigate five separate lawsuits. *Id*. at ECF No. 13. Upon review pursuant to 28 U.S.C. § 1915A, the Court allowed Plaintiff to proceed with his claims in case 5:17-cv-00425. *Id*. at ECF No. 14. Plaintiff, however, failed to fully comply with the Court's directives in the remaining cases.

Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order." (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978))).

**SO ORDERED**, this 13th day of June, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
